Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRANDON LEE STANLEY,<br><br>Defendant. | CASE NO.   MJ23-156<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 922(g)(1) |

BEFORE United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## **COUNT 1**

**(Possession of Controlled Substances with Intent to Distribute)**

On or about January 19, 2023, in King County, within the Western District of Washington, BRANDON LEE STANLEY did knowingly and intentionally possess, with the intent to distribute, controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (hereinafter "fentanyl"); methamphetamine; and heroin, substances controlled under Title 21, United States Code.

COMPLAINT/ BRANDON LEE STANLEY - 1
USAO NO. 2023R00330

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 19, 2023, in King County, within the Western District of Washington, BRANDON LEE STANLEY did knowingly possessed a firearm, that is, a Ruger Security 9 9mm caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about January 19, 2023, in King County, within the Western District of Washington, BRANDON LEE STANLEY, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.    *Unlawful Possession of a Firearm,* in United States District Court, under case number  CR12-00351JLR, on September 16, 2013;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Ruger Security 9 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Zane Davis, being first duly sworn on oath, depose and say:

### INTRODUCTION AND AFFIANT BACKGROUND

1.    I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since

COMPLAINT/ BRANDON LEE STANLEY - 2
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

January 2022.  I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington.  In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms.  I also investigate individuals who illegally use firearms to commit violent crimes.

2.      I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

3.      I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

4.      This affidavit is made based upon my own personal knowledge and observations; my training and experience; information obtained from other agents, law enforcement officers, and witnesses; my review of documents and records related to this investigation; and my communications with others who have personal knowledge of the events and circumstances described herein.  This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

//

//

COMPLAINT/ BRANDON LEE STANLEY - 3
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### SUMMARY OF INVESTIGATION

5.    On January 19, 2023, Bellevue Police Department (BPD) officers were dispatched to 575 Bellevue Way Northeast, Bellevue, Washington following Kemper Development's head of security calling to report of two occupants smoking narcotics inside a white Honda Accord bearing Washington license plate CEF8741. Kemper Security Director Kleinknecht notified BPD that the vehicle was parked on Level 1 M of the West Garage as depicted in Figure 1 below.



*Figure 1*

6.    BPD officers located the vehicle and as they parked behind it, observed the male exit the driver's door and the female exit the passenger side of the vehicle. The driver verbally identified himself as Douglas Smile, but when officers observed the Washington Department of Licensing (DOL) photo with this information, the picture did not match the individual. Officers heard the female passenger refer to the driver as Brandon, but did

COMPLAINT/ BRANDON LEE STANLEY - 4
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

not want to give officers his real name.[1] Officers then utilized police records to locate male associates of the female passenger and confirmed the DOL photograph of BRANDON LEE STANLEY was the driver of the Honda. Officers determined that STANLEY had an outstanding felony warrant out of King County for Attempting to Elude Pursuing Vehicle and placed him under arrest for his warrant. Officers recovered a bag of methamphetamine from STANLEY's pocket and $878 in U.S. currency in small denominations from STANLEY during a search incident to arrest. *See* Figure 2 below.[2]



*Figure 2*

7.      Officers observed a Ruger Security 9 9mm caliber pistol bearing serial number 381-16199 in plain view in the vehicle, partially underneath the Honda driver's seat (within reach of the driver, i.e. STANLEY). The Ruger was contained in a black nylon holster, loaded with a magazine containing ammunition, and a 9mm round of ammunition

[1] The female passenger was arrested on an outstanding warrant.  Officers recovered a set of shaved keys, a small bag with multiple types of pills, small plastic distribution bags, and drug paraphernalia during a search incident to her arrest.

[2] Two dogs were located in the back seat of the Honda. King County Animal Control took custody of both dogs.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in the chamber. Officers confirmed that the Ruger was stolen out of King County. The Ruger is depicted below in in Figure 3.



***Figure 3***

8.      A King County Sheriff's Office (KCSO) K9 was requested and positively detected the odor of controlled substances near the driver side door. BPD officers sealed the Honda and impounded it pending a search warrant.  On January 28, 2023, BPD officers served a search warrant on what was discovered to have been a stolen Honda Accord.[3] A Multicolored rubber container containing suspected fentanyl residue seized from a black sunglass case on the front driver seat with drug paraphernalia located inside.  Officers recovered the following additional evidence during execution of the search warrant and depicted below in Figures 4-9:

- One plastic bag containing 10.88 grams of methamphetamine (located inside a black bag seized from the front driver side floorboard);[4]

---

[3] The Honda Accord was stolen in August 2022 from Renton.
[4] All methamphetamine field tested positive.

COMPLAINT/ BRANDON LEE STANLEY - 6
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- One plastic bag containing 26.29 grams of methamphetamine (located inside a black bag seized from the front driver side floorboard);
- One plastic bag containing 32.2 grams of heroin[5] (located inside a black bag seized from the front driver side floorboard);
- A smaller black bag containing 161.24 grams of blue pills marked M30 containing suspected fentanyl and one single blue pill suspected to contain fentanyl (located inside a black bag seized from the front driver side floorboard);
- One prescription bottle containing 19 pills suspected to contain Morphine sulfate and 14 pills suspected to contain Oxycodone (located inside a black bag seized from the front driver side floorboard);
- One Ruger handgun magazine containing 9mm rounds of ammunition and two suspected fentanyl pills (located inside a black bag seized from the front driver side floorboard);
- One plastic bag containing 105.59 grams of pills suspected to contain Alprazolam (inside of center console);
- One plastic bag containing 50.98 grams of pills suspected to contain Alprazolam (inside of center console);
- One wallet containing cards belonging to STANLEY and the female passenger (on center console);
- A black ballistic vest with soft armor panels (vehicle trunk);
- 3 suspected fentanyl pills in tin foil (Swiss Army brand bag located in trunk);
- Documents with names and social security numbers (Swiss Army brand bag located in trunk);
- 4 sets of different vehicle keys (Swiss Army brand bag located in trunk);
- 5 sets of shaved keys (vehicle trunk); and

---

[5] The heroin field tested positive.

COMPLAINT/ BRANDON LEE STANLEY - 7
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- An airsoft/pellet gun (located in the trunk).



*Figure 4*



*Figure 5*

COMPLAINT/ BRANDON LEE STANLEY - 8
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



*Figure 6*



*Figure 7*

COMPLAINT/ BRANDON LEE STANLEY - 9
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



***Figure 48***

9.      I reviewed STANLEY's criminal history. Based upon my review of those records, in addition to other crimes STANLEY has been convicted of Unlawful Possession of a Firearm in United States District Court under case number CR12-00351JLR on September 16, 2013, for which he was sentenced to seventy-two months imprisonment and three years of supervised release.

10.      On April 4, 2023, ATF SA Catherine Cole, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, examined photos and was provided descriptions of the  Ruger, Model Security 9 9mm caliber pistol, with serial number 381-16199.  SA Cole determined that the Ruger was not manufactured in the state of Washington.  Based upon her experience, knowledge, and research, it also SA Cole's opinion that the Ruger meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3).  Furthermore, it is SA Cole's opinion that, because the Ruger was not manufactured in the state of Washington, it therefore must have traveled in, and thereby affected, interstate commerce if it was received or possessed in the state of Washington.

COMPLAINT/ BRANDON LEE STANLEY - 10
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CONCLUSION**

Based on the above facts, I believe that there is probable cause to conclude that BRANDON LEE STANLEY committed the offenses of Possession of a Controlled Substance with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1);

Zane F. Davis
Digitally signed by Zane F. Davis
Date: 2023.04.05 12:28:01 -07'00'

ZANE DAVIS
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

The above-named Special Agent provided a sworn statement attesting to the truth of the foregoing by telephone on the ___ day of April, 2023.  Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this 6th day of April, 2023.

Hon. Michelle L. Peterson
United States Magistrate Judge

COMPLAINT/ BRANDON LEE STANLEY - 11
USAO NO. 2023R00330

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970